**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00415-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JUAN MANUEL RAMIREZ-DE LA CRUZ,

      Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

      This matter has been scheduled for a **two-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **December 16, 2013 at 9:00 a.m.**  It is

      ORDERED THAT all pretrial motions shall be filed by **October 31, 2013** and responses to these motions shall be filed by **November 7, 2013**.  It is further

      ORDERED that a Trial Preparation Conference is set for **December 4, 2013 at 4:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)    jury selection;

      2)    sequestration of witnesses;

      3)    timing of presentation of witnesses and evidence;

    4)       anticipated evidentiary issues;

    5)       any stipulations as to fact or law; and

    6)       any other issue affecting the duration or course of the trial.

DATED: October 18, 2013.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge